IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN GARDNER, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV389 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

The petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, November 17, 2017. Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing no. 1) is denied without prejudice.

DATED this 29th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge