IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN GARDNER, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV389 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

This case was closed when judgment was entered dismissing this matter without prejudice on November 29, 2017. Therefore, the motion to file a meritorious habeas petition in this case (filing no. 8) and the motion to extend in this case (filing no. 9) are out of time since this case is closed.

IT IS ORDERED that:

(1) The motion to file a meritorious habeas petition (filing no. 8) and motion to extend (filing no. 9) are denied.

(2) The Clerk shall provide Petitioner with a copy of the standard habeas corpus petition.

(3) Petitioner is advised that he may file a new habeas corpus petition using the standard form that will be mailed to him by the Clerk of Court.

DATED this 20th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge